UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-341-RJC

| | |
|---|---|
| CAROLYN S. JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of SSA, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its own Motion. On August 29, 2008, the Court issued Summons. Plaintiff has failed to make service within 120 days of the issuance of summons.

**NOW THEREFORE, IT IS ORDERED** that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITHOUT PREJUDICE**.

Signed: January 5, 2009

Robert J. Conrad, Jr.
Chief United States District Judge