# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carolyn S. Johnson,

       Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          3:08cv341

Michael J. Astrue,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/5/2009 Order.

                                         Signed: January 6, 2009

                                         Frank G. Johns, Clerk
                                         United States District Court